

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00834-CV

**IN THE INTEREST OF T.R.H.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20578
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order is AFFIRMED. We further assess costs of this appeal against T.H. and ORDER that T.B. recover her costs of the appeal from T.H.

SIGNED December 18, 2019.

_____
Luz Elena D. Chapa, Justice